8 So.2d 593

**Charlie JACKSON v. STATE.**

**8 Div. 191.**

Supreme Court of Alabama.

June 11, 1942.

Watts & White, of Huntsville, for petitioner.

Thos. S. Lawson, Atty. Gen., and Jas. F. Matthews, Asst. Atty. Gen., opposed.

THOMAS, Justice.

Petition of Charlie Jackson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Jackson v. State, 30 Ala.App. 468, 8 So.2d 590.

Writ denied.

GARDNER, C. J., and BROWN and FOSTER, JJ., concur.